# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI L. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARS NATIONAL SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00885-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(ECF No. 7) |

　　　　Plaintiff filed this action on June 28, 2019. (ECF No. 1.) On July 26, 2019, the parties filed a stipulation requesting an extension until August 9, 2019, for Defendant to file a response to Plaintiff's complaint. (ECF No. 7.)

　　　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's complaint on or before August 9, 2019.

IT IS SO ORDERED.

Dated: __**July 29, 2019**__　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1