# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI L. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ARS NATIONAL SERVICES, INC.,<br><br>    Defendant. | Case No. 1:19-cv-00885-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 8)<br><br>SIXTY DAY DEADLINE |

On August 9, 2019, Plaintiff Terri L. Davis filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiff shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **August 12, 2019**

UNITED STATES MAGISTRATE JUDGE

1